537 U.S. 1105
 CHANDLER, DIRECTOR OF HUMAN SERVICES OF HAWAII, ET AL.
v.
LOVELL ET AL.;
CHANDLER, DIRECTOR OF HUMAN SERVICES OF HAWAII, ET AL.
v.
HIRATA; and
CHANDLER, DIRECTOR OF HUMAN SERVICES OF HAWAII, ET AL.
v.
HO.
 No. 02-545.
 Supreme Court of United States.
 January 13, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.
 
 
 2
 C. A. 9th Cir. Certiorari denied. Reported below: 303 F. 3d 1039 (first judgment); 45 Fed. Appx. 781 (second judgment) and 782 (third judgment).